No. 87–5128.  SULLIVAN *v.* MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 87–5129.  SPANN *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 87–5131.  FIXEL *v.* WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 87–5132.  GERHARD *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 87–5133.  SAVAGE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–5135.  RUSHTON *v.* TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 87–5136.  BRYANT *v.* MCGINNIS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–5138.  MARTINEZ *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 87–5140.  GRAYS *v.* GORDON.  C. A. 5th Cir.  Certiorari denied.

No. 87–5141.  ESPENSHADE *v.* PENNSYLVANIA STATE UNIVERSITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–5142.  JOHNSON *v.* RUCKER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–5144.  SMITH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–5145.  SPEARMAN *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 87–5146.  OAKLEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–5148.  STURDIVANT *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.